NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHNNY B. GRIFFIN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7111

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-2047, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

## O R D E R

Johnny B. Griffin moves for an extension of time to file his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Griffin's informal brief is due within 30 days of the date of filing of this order.

FOR THE COURT

**MAY 1 3 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Johnny B. Griffin (Informal Brief Form Enclosed)
Kimberly I. Kennedy, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 1 3 2011

**JAN HORBALY**
**CLERK**